# United States District Court
## Southern District of Georgia

BERNITA GREEN,

_____  Case No. 4:21-cv-00237-WTM-CLR
Plaintiff

v.

ATLAS SENIOR LIVING, LLC     Appearing on behalf of
f/k/a SHEPHERD SENIOR
_____   Plaintiff
Defendant                    _____
                             (Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  1st  day of  October , 2021 .

*[signature: Christopher L. Ray]*

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*****

NAME OF PETITIONER:  Dustin L. Crawford

Business Address:  Parks, Chesin & Walbert, P.C.
                   Firm/Business Name

75 14th Street, N.E.
Street Address

26th Floor              Atlanta            GA        30309
Street Address (con't)  City               State     Zip

_____
Mailing Address (if other than street address)

Address Line 2     City            State        Zip

404-873-8000                       758916
Telephone Number (w/ area code)    Georgia Bar Number

Email Address:     dcrawford@pcwlawfirm.com